UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Numbers: 22-14001-TP-MARTINEZ-MAYNARD
22-14002-TP-MIDDLEBROOKS -MAYNARD

UNITED STATES OF AMERICA,

vs.

DEVERN CLEMON,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS MATTER** was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendant's Admissions to Violations Alleged in Superseding Petitions ("Admissions"), (JEM ECF No. 23).[1] After conducting a hearing on August 15, 2022, Judge Maynard filed an R&R that Defendant be found to have violated the terms and conditions of his supervised release as set forth in the Superseding Petition in this case, (JEM ECF No. 18), and the Superseding Petition filed in 22-14002-TP-MIDDLEBROOKS-MAYNARD, (DMM ECF No. 12), (together, "Superseding Petitions"), and that a sentencing hearing be set for final disposition of this matter. (JEM ECF No. 23 at 3).

At the sentencing hearing held on August 30, 2022, the parties represented that they had no objections to the R&R. After having conducted a *de novo* review of the entire file and record, it is hereby

**ADJUDGED** that Judge Maynard's R&R, (JEM ECF No. 23; DMM ECF No. 17), is

---

[1] Docket entries filed in Case Number 22-14001-TP are preceding by the annotation "JEM," and docket entries filed in Case Number 22-14002-TP are preceded by the annotation "DMM."

1

**AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Defendant is guilty of Violation Numbers 2, 3, 4, and 5, as set forth in the Superseding Petition in Case Number 22-14001-TP-MARTINEZ-MAYNARD, (JEM ECF No. 18), charging him with Violations of Mandatory Conditions.

**ADJUDGED** that Defendant is guilty of Violation Numbers 2, 3, 4, 5, and 6 as set forth in the Superseding Petition in 22-14002-TP-MIDDLEBROOKS -MAYNARD, (DMM ECF No. 12), charging him with Violations of Mandatory Conditions and a Violation of Special Condition.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30 day of August, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record