UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 22-TP-14001-MARTINEZ

UNITED STATES OF AMERICA

v.

DEVERN CLEMON,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon the Petition for Warrant or Summons for Offender Under Supervision ("the Petition") filed by the United States Probation Office **[ECF No. 28]** on February 18, 2025.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on March 24, 2025 **[ECF No. 38]**. A Report and Recommendation was filed on March 31, 2025, recommending that the Defendant's admission of guilt as to Violation 1 of the Petition be accepted **[ECF No. 39]**. The Defendant was afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 39]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Violation 1 of the Petition. Violation 1 charges Defendant with Unlawfully Possessing or Using a Controlled Substance on or before January 28, 2025, the date the Defendant submitted a urine specimen which tested positive for the presence of cocaine in the United States Probation Office's local laboratory and subsequently at Alere Toxicology Services, Incorporated. Therefore, Defendant has been found to violate one of the

mandatory conditions of his supervised release, and a Final Revocation of Supervised Release Hearing will be set to sentence him on this matter.

The Final Revocation Hearing in this matter will be set for **Monday, May 19, 2025, at 11:30 a.m.**, before the Honorable District Judge Jose E. Martinez at the Alto Lee Adams Sr. United States Courthouse, 101 South U.S. Highway 1, Fort Pierce, Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this _16_ day of April, 2025.

                                                  JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge Shaniek Mills Maynard
        All Counsel of Record
        U.S. Probation Office